## CHESAPEAKE & O. RY. CO. v. MEARS.

### No. 3640.

Circuit Court of Appeals, Fourth Circuit.

April 30, 1934.

William Leigh Williams, of Norfolk, Va. (D. H. Leake, of Richmond, Va., on the brief), for appellant.

Alfred Anderson, of Norfolk, Va., for appellee.

Before PARKER, NORTHCOTT, and SOPER, Circuit Judges.

PER CURIAM.

This is the second appeal in this case. See (C. C. A.) 64 F.(2d) 291. All of the questions now presented were dealt with in the opinion on the former appeal, which is the law of the case. Dodd v. Union Indemnity Co. (C. C. A. 4th) '32 F.(2d) 512, and cases there cited. For the reasons stated in that opinion, the judgment appealed from must be affirmed.

Affirmed.